**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**JACOB KEIM,**

           **Plaintiff,**

-vs-                                                  Case No. **6:07-cv-1457-Orl-22DAB**

**ASTRAZENECA PHARMACEUTICALS**
**LP and AMERICAN DRUG STORES, INC.**
**d/b/a OSCO DRUG d/b/a OSCO DRUG**
**INC.**

           **Defendants.**

_____

## ORDER

Upon the Court's review of this case, it is **ORDERED** as follows:

1. Plaintiff's Motion to Dismiss All Plaintiff's Claims Against Defendant American Drug Stores, Inc. *Without Prejudice* (Doc. 13), filed February 18, 2008, is **GRANTED**.

2. All claims made by Plaintiff against Defendant American Drugs Stores, Inc. d/b/a Osco Drug d/b/a Osco Drug Inc. in this action are **DISMISSED WITHOUT PREJUDICE**. The Clerk is directed to terminate this defendant as a party to this action.

3. Defendant American Drug Stores, Inc.'s Motion for More Definite Statement in Accordance With Federal Rule of Civil Procedure 12(e) or Alternatively Motion for Judgment on the Pleadings in Accordance With Federal Rule of Civil Procedure 12(c) (Doc. 11), filed January 16, 2008, is **DENIED** as moot.

**DONE** and **ORDERED** in Chambers, in Orlando, Florida on March 3, 2008.

Copies furnished to:

Counsel of Record

ANNE C. CONWAY
United States District Judge